UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ATOINETTE IVEY,

                            **Plaintiff,**                19-CV-04937 (AT)(SN)

            -against-                               **ORDER**

PALLADIA, INC., et al.,

                            **Defendants.**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      On November 27, 2019, the parties were directed to contact chambers to schedule a settlement conference. If the parties still intend to schedule a settlement conference before the Court, they are directed to contact Courtroom Deputy Rachel Slusher with both parties on the line, at (212) 805-0286, by Friday, December 20, 2019. The parties are reminded that settlement conferences must generally be scheduled at least six to eight weeks in advance, and that the Court is likely unable to accommodate last-minute requests for settlement conferences.

**SO ORDERED.**

                                                        _____
                                                        SARAH NETBURN
                                                        United States Magistrate Judge

DATED:      December 16, 2019
                  New York, New York