USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/20/2019_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTOINETTE IVEY,

        Plaintiff,

-against-

PALLADIA, INC., and KYLE PATTERSON,

        Defendants.

19 Civ. 4937 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The case management conference scheduled for February 11, 2020 is ADJOURNED to **April 2, 2020**, at **11:00 a.m.**

    SO ORDERED.

Dated: December 20, 2019
       New York, New York

_____
ANALISA TORRES
United States District Judge