**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _12/30/2019_

ATOINETTE IVEY,

                      **Plaintiff,**

          **-against-**

PALLADIA, INC., et al.,

                     **Defendants.**

-------------------------------------------------------------X

**19-CV-04937 (AT)(SN)**

**SETTLEMENT CONFERENCE**
**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

A settlement conference is scheduled for Wednesday, February 26, 2020, at 10:00 a.m. in

Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

The parties are directed to review and comply with the Procedures for Cases Referred for

Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's

website at https://nysd.uscourts.gov/hon-sarah-netburn. The parties are strongly encouraged to

engage in good-faith settlement negotiations before the settlement conference and preferably

before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment

Forms, which are to be submitted by Wednesday, February 19, 2020. Should the parties resolve

the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     December 30, 2019
             New York, New York